IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROAD SAFETY SERVICES, INC., | |
| Plaintiff, | 8:25CV229 |
| v. | |
| SUN VALLEY MARKINGS, LLC, JOSHUA A. VERDONI, CHRIS BRANDT, BLAIR JONES, and XYZ CORPORATION, INC., | ORDER |
| Defendants. | |

    This matter is before the Court on plaintiff Road Safety Services, Inc.'s ("PMI")[1] Motion for Temporary Restraining Order and Preliminary Injunction (Filing No. 7) against defendants Sun Valley Markings, LLC ("Sun Valley"), Joshua A. Verdoni ("Verdoni"), Chris Brandt ("Brandt"), Blair Jones ("Jones" and together, the "defendants"), and unnamed defendant XYZ Corporation, Inc. That motion was filed the same day as PMI's Complaint (Filing No. 1) alleging that Verdoni, its former employee, left the company with confidential proprietary information to work for a competitor, Sun Valley, in violation of his agreement with PMI and state and federal law.

    PMI never requested a hearing on its motion. *See* NECivR 7.1(e) (directing movants to include "[a]ny request for oral argument or for an evidentiary hearing" in their motion or by separate motion). Nor did it even attempt to make a showing that a temporary restraining order should be issued without notice to the defendants. *See* Fed. R. Civ. P. 65(b) (requiring the movant to certify "in writing any efforts made to give notice and the reasons why it should not be required").

---

[1] Road Safety Services, Inc., does business as Pavement Marking, LLC, and refers to itself in its filings as PMI. The Court follows that practice here.

PMI has since filed Waivers of Service (Filing Nos. 13, 14, 15, 16) that appear to have been executed by the defendants' attorney. *See* Fed. R. Civ. P. 4(d). Still, none of the defendants have appeared in this matter. In light of these circumstances, counsel for PMI is ordered to confer with the defendants and contact the Court to schedule a hearing regarding PMI's request for injunctive relief.

IT IS SO ORDERED.

Dated this 2nd day of May 2025.

BY THE COURT:

*/s/ Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge
