IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROAD SAFETY SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUN VALLEY MARKINGS, LLC, JOSHUA A. VERDONI, CHRIS BRANDT, BLAIR JONES, and XYZ CORPORATION, INC., <br><br> Defendants. | 8:25CV229 <br><br><br> AMENDED ORDER FOR PROGRESSION OF EXPEDITED DISCOVERY |

Counsel have exchanged written discovery and brought a discovery dispute before the Court. By agreement of Counsel, the parties requested that the Court amend its Order for Progression of Expedited Discovery (Filing No. 29). Counsel jointly submitted a proposed order for the Court's approval. The Court approves and adopts the parties' agreement.

IT IS ORDERED:

1. **Authorization and Sequence of Limited Expedited Discovery.** The parties may now commence limited, expedited discovery required to prepare the case for **a preliminary injunction hearing.** This expedited discovery is to be limited to the following topics:
    a. The relationship between Road Safety Services, Inc. ("RSSI") and Pavement Marking, LLC ("PMI").
    b. The exact alleged trade secrets and confidential information that RSSI and PMI claim were misappropriated by the Defendants.

c. Whether or not Defendants received, disclosed, and/or otherwise used any of the alleged trade secrets and confidential information to non-parties.

d. Those customers of RSSI and PMI that Plaintiff contends Defendant Verdoni had personal contact with during the 12 months prior to the termination of his employment and solicited or otherwise acted in breach of a non-solicitation agreement after his termination from RSSI and PMI.

e. Those employees of RSSI and PMI that Plaintiffs contend Defendants solicited from RSSI and PMI to leave their employment to work at Sun Valley and whether or not Sun Valley, in fact, solicited such employees.

f. Defendants' alleged unlawful or tortious interference.

g. Any current or potential customers or business RSSI or PMI are contending they have or will lose because of Defendants' alleged conduct

h. RSSI's and PMI's alleged irreparable harm it is contending supports a preliminary injunction.

**Limits on Amount of Discovery.** The parties have already exchanged and responded to interrogatories and requests for production. The parties are not authorized to serve additional written discovery requests at this time. Plaintiffs recently redesignated the confidentiality of the discovery produced in this case. The parties shall meet and confer with regard to any remaining disputes pertaining to the AEO designations by **June 27, 2025** (Filing No. 46). Thereafter, Defendants shall file any discovery motions pertaining to the AEO designations on or before **July 7, 2025** (Filing No. 46).

Defendants, as a group, are limited to a deposition of Shannon Warner, a single deposition of RSSI's corporate representative and a single deposition of PMI's corporate representative at which counsel for Mr. Verdoni and the counsel for Mr. Jones, Mr. Brandt, and Sun Valley will be permitted to ask questions.

Plaintiffs, as a group, are limited to a deposition of Joshua Verdoni, Chris Brandt, Blair Jones, and the corporate representative of Sun Valley.

The order of depositions as authorized by the Court's June 18, 2025 Order (Filing No. 46), is as follows:
   a. Shannon Warner
   b. Corporate representative of RSSI
   c. Corporate representative of PMI
   d. Joshua Verdoni
   e. Corporate representative of Sun Valley
   f. Chris Brandt
   g. Blair Jones

Plaintiffs and Defendants agree that any corporate representative deposition will otherwise follow Rule 30(b)(6) and be confined to the areas of discovery set forth above. Any individual deposition will also be confined to the topics set forth above. The parties will conduct these depositions, in person or via recorded videoconference, by **August 1, 2025.**

2. **Plaintiffs' Preliminary Injunction Motion**. Absent further order of the Court, a motion hearing will be held on September 3, 2025 at 1:30 PM in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Robert F. Rossiter Jr. (Filing No. 35). The parties agree that the deadline for Plaintiffs to supplement the record on their Motion (Filing No. 7) with new or additional evidence is **August 11, 2025**. The deadline for Defendants to respond to the Motion (Filing No. 7) with evidence and briefing is **August 18, 2025**.

Dated this 26th day of June, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

4