IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROAD SAFETY SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) **8:25CV229** |
| v. | ) |
| | ) |
| SUN VALLEY MARKINGS, LLC, JOSHUA A. VERDONI, CHRIS BRANDT, BLAIR JONES, and XYZ CORPORATION, INC., | ) **SECOND AMENDED ORDER FOR PROGRESSION OF EXPEDITED DISCOVERY** |
| | ) |
| Defendants. | ) |

Counsel have exchanged written discovery and conducted the depositions of Plaintiffs, but the parties seek additional time to conduct the depositions of the Defendants. By agreement of Counsel, the parties requested that the Court further amend its Order for Progression of Expedited Discovery (Filing No. 29) and Amended Order for Progression of Expedited Discovery (Filing No. 48). Counsel jointly submitted a proposed order for the Court's approval. The Court approves and adopts the parties' agreement.

Accordingly, Filing No. 68 is granted.

IT IS ORDERED:

1. **Authorization and Sequence of Limited Expedited Discovery.** The parties may commence limited, expedited discovery required to prepare the case for **a preliminary injunction hearing.** This expedited discovery is to be limited to the following topics:
    a. The relationship between Road Safety Services, Inc. ("RSSI") and Pavement Marking, LLC ("PMI").
    b. The exact alleged trade secrets and confidential information that RSSI and PMI claim were misappropriated by the Defendants.
    c. Whether or not Defendants received, disclosed, and/or otherwise used any of the alleged trade secrets and confidential information to non-parties.
    d. Those customers of RSSI and PMI that Plaintiff contends Defendant Verdoni had personal contact with during the 12 months prior to the termination of his employment and solicited or otherwise acted in breach of a non-solicitation agreement after his termination from RSSI and PMI.

    e. Those employees of RSSI and PMI that Plaintiffs contend Defendants solicited from RSSI and PMI to leave their employment to work at Sun Valley and whether or not Sun Valley, in fact, solicited such employees.
    f. Defendants' alleged unlawful or tortious interference.
    g. Any current or potential customers or business RSSI or PMI are contending they have or will lose because of Defendants' alleged conduct
    h. RSSI's and PMI's alleged irreparable harm it is contending supports a preliminary injunction.

**Limits on Amount of Discovery.** The parties have already exchanged and responded to interrogatories and requests for production and conducted the depositions of Plaintiffs. The parties are not authorized to serve additional written discovery requests at this time or conduct additional depositions prior to the hearing on Plaintiffs' Motion for Preliminary Injunction, except as authorized below.

Plaintiffs, as a group, are limited to a deposition of Joshua Verdoni, Chris Brandt, Blair Jones, and the corporate representative of Sun Valley.

The order of the remaining depositions as authorized by the Court's June 18, 2025 Order (Filing No. 46), is as follows:
    a. Joshua Verdoni
    b. Corporate representative of Sun Valley
    c. Chris Brandt
    d. Blair Jones

Plaintiffs and Defendants agree that any corporate representative deposition will otherwise follow Rule 30(b)(6) and be confined to the areas of discovery set forth above. Any individual deposition will also be confined to the topics set forth above. The parties will conduct these depositions, in person or via recorded videoconference, by **September 5, 2025.**

2. **Plaintiffs' Preliminary Injunction Motion**. Since all parties agree that limited expedited discovery is needed in order to resolve the pending request for preliminary injunctive relief, and agree that such discovery cannot be completed by the currently scheduled hearing date of September 3, 2025, the parties agree that the deadline for Plaintiffs' to supplement the record on their Motion with new or additional evidence is **September 12, 2025**. The deadline for Defendants to respond to the Motion with evidence and briefing is **September 19, 2025**.

After conferring with the parties, the motion hearing currently set for September 3, 2025 is <u>continued</u> and will be held on **October 21, 2025** at 9:00 AM in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Robert F. Rossiter Jr.

DATED this 1st day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge