IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROAD SAFETY SERVICES, INC., <br><br><br> Plaintiff, <br><br><br> vs. <br><br><br> SUN VALLEY MARKINGS, LLC, JOSHUA A. VERDONI, CHRIS BRANDT, BLAIR JONES, and XYZ CORPORATION, INC., <br><br><br> Defendants. | **8:25CV229** <br><br><br><br> **FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the unopposed motion to extend, Filing No. 159, is granted. The final progression order, Filing No. 79, is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for June 30, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **July 21, 2026** at **2:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure was February 5, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by March 23, 2026.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the

undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | April 10, 2026. |
| For the defendant(s): | May 21, 2026. |
| Rebuttal: | June 22, 2026. |

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | May 7, 2026. |
| For the defendant(s): | June 15, 2026. |
| Rebuttal: | July 15, 2026. |

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 22, 2026.

6) The deadline for filing motions to dismiss and motions for summary judgment is August 19, 2026.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 30, 2026.

8) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 9th day of March, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge