IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROAD SAFETY SERVICES, INC.,

Plaintiff,

v.

SUN VALLEY MARKINGS, LLC,
JOSHUA A. VERDONI, CHRIS BRANDT,
BLAIR JONES, and  XYZ
CORPORATION, INC.,

Defendants.

8:25CV229


ORDER

This matter is before the Court on plaintiff Road Safety Services, Inc.'s ("Road Safety") timely objections (Filing No. 161) to the magistrate judge's[1] Findings and Recommendation ("F&R") (Filing No. 158) recommending the Court grant in part and deny in part Road Safety's motion for leave to amend (Filing No. 134) its complaint. *See* Fed. R. Civ. P. 72 (permitting a party to object to a magistrate judge's pretrial ruling or recommendation within fourteen days); *accord* NECivR 72.2(a).  Road Safety specifically objects to the portion of the F&R recommending denial of its request to add Brian Gallimore ("Gallimore") as a defendant on futility grounds and denying its request (Filing No. 141) for oral argument regarding the motion for leave to amend.

Under § 636(b)(1)(B), the Court "may reconsider any pretrial matter" decided by a magistrate judge "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law."  Road Safety argues—and the defendants do not dispute—that the appropriate standard for review for this objection is *de novo*.  Although motions to amend are ordinarily treated as non-dispositive matters subject to the "clearly erroneous or contrary to law" standard, Fed. R. Civ. P. 72(a); *accord* 28 U.S.C. § 636(b)(1)(A), Road

_____

[1]The Honorable Jacqueline M. DeLuca, United States Magistrate Judge for the District of Nebraska.

Safety argues that when a magistrate judge denies leave to amend on the basis of futility, it is subject to de novo review because it is functionally a merits ruling. *Cf. In re NVE Corp. Sec. Litig.*, 527 F.3d 749, 752 (8th Cir. 2008) (applying de novo review to a district court's denial of leave to amend because the denial was based on futility); *United States ex rel. Gaudineer & Comito, L.L.P. v. Iowa*, 269 F.3d 932, 936 (8th Cir. 2001) (same).

The Court need not decide which standard applies because Road Safety's objections fail under both. After carefully considering Road Safety's objections and "mak[ing] a de novo determination of those portions of the report" to which it objects, 28 U.S.C. § 636(b)(1)(C), the Court agrees the proposed amendments are futile for the same reasons described by the magistrate judge. *See also* Fed. R. Civ. P. 72(b)(3). The magistrate judge aptly confined her analysis to the allegations contained in the proposed amended complaint and found they did not plausibly state claims against Gallimore individually. Accordingly,

IT IS ORDERED:

1. Plaintiff Road Safety Services, Inc.'s objections (Filing No. 161) to the magistrate judge's Findings and Recommendation (Filing No. 158) are overruled.

2. The magistrate judge's Findings and Recommendation is accepted.

3. Road Safety's Motion for Leave to Amend (Filing No. 134) is granted in part and denied in part as described in the magistrate judge's Findings and Recommendation (Filing No. 158).

Dated this 26th day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2